| | |
|---|---|
| 1 | GREG O'HARA, CA BAR NO. 131963 |
|   | gpohara@thelenreid.com |
| 2 | LISA A. COLE, CA BAR NO. 184267 |
|   | lcole@thelenreid.com |
| 3 | THELEN REID & PRIEST LLP |
|   | 225 West Santa Clara Street, Suite 1200 |
| 4 | San Jose, CA 95113-1723 |
|   | Telephone: (408) 292-5800 |
| 5 | Facsimile: (408) 287-8040 |

Attorneys for Defendants
INGERSOLL-RAND COMPANY LIMITED
INGERSOLL-RAND CORPORATION
SCHLAGE LOCK COMPANY and
TOUCH-PLATE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Case No.: C 05 3100 MEJ<br><br>Order granting:<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1. A case management conference in this action is currently scheduled for December 13, 2005 at 2:00 p.m. in Courtroom 11 before the Honorable Martin J. Jenkins.

2. Counsel for Defendants Ingersoll-Rand Corporation, Ingersoll-Rand Company Limited, Schlage Lock Company and Touch-Plate International, Inc. ("Defendants") will be out of town on a previously scheduled trip and is not available on December 13, 2005.

3. Counsel for Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. ("Plaintiffs") is aware of this issue and has agreed to the rescheduling of the case management conference.

4. Counsel for Defendants has contacted the Court and understands that the Court is available to preside over the case management conference in this matter on December 6, 2005 at 2:00 p.m. Counsel for both Plaintiffs and the Defendants are available at that time.

5. Accordingly, the Parties respectfully request that the Court move the case management conference in this matter from December 13, 2005 to **December 6, 2005 at 2:00 p.m.**

Dated: 11/3/05

_____
LISA A. COLE
Attorneys for Defendants INGERSOLL-RAND
COMPANY LIMITED, INGERSOLL-RAND
CORPORATION, SCHLAGE LOCK COMPANY
and TOUCH-PLATE INTERNATIONAL, INC.

Dated:

_____
ARON LIANG
Attorneys for Plaintiffs UNIVERSAL PARAGON
CORPORATION, and SUNQUEST PROPERTIES,
INC.

IT IS SO ORDERED:
Dated:

_____
Honorable Martin J. Jenkins
United States District Court

2. Counsel for Defendants Ingersoll-Rand Corporation, Ingersoll-Rand Company Limited, Schlage Lock Company and Touch-Plate International, Inc. ("Defendants") will be out of town on a previously scheduled trip and is not available on December 13, 2005.

3. Counsel for Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. ("Plaintiffs") is aware of this issue and has agreed to the rescheduling of the case management conference.

4. Counsel for Defendants has contacted the Court and understands that the Court is available to preside over the case management conference in this matter on December 6, 2005 at 2:00 p.m. Counsel for both Plaintiffs and the Defendants are available at that time.

5. Accordingly, the Parties respectfully request that the Court move the case management conference in this matter from December 13, 2005 to **December 6, 2005 at 2:00 p.m.**

Dated:

LISA A. COLE
Attorneys for Defendants INGERSOLL-RAND COMPANY LIMITED, INGERSOLL-RAND CORPORATION, SCHLAGE LOCK COMPANY and TOUCH-PLATE INTERNATIONAL, INC.

Dated:

ARON LIANG
Attorneys for Plaintiffs UNIVERSAL PARAGON CORPORATION, and SUNQUEST PROPERTIES, INC.

IT IS SO ORDERED:
Dated: 11/16/2005

Honorable Martin J. Jenkins
United States District Court

SV #229192 v1 -2-
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW