Case 3:05-cv-03100-TEH   Document 50   Filed 01/12/06   Page 1 of 2
01-10-06   10:00   From-Thelen, Reid & Priest LLP   T-892   P.002/003   F-191
Case 3:05-cv-03100-MJJ   Document 47   Filed 01/10/2006   Page 1 of 2

E-filing

**FILED**

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH W. COTCHETT (SBN 36324)
   PHILIP L. GREGORY (SBN 95217)
2  ARON K. LIANG (SBN 228936)
   COTCHETT, PITRE, SIMON & McCARTHY
3  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
4  Burlingame, California 94010
   Telephone:   (650) 697-6000
5  Facsimile:   (650) 697-0577

6  Attorneys for Plaintiffs UNIVERSAL PARAGON
   CORPORATION and SUNQUEST PROPERTIES, INC.
7

8                UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNIVERSAL PARAGON CORPORATION,          )  CASE NO. C 05-03100 MJJ
   a Delaware corporation, and SUNQUEST    )
12 PROPERTIES, INC., a California corporation, )  Order Granting
                                            )  STIPULATION RE: EXTENSION
13            Plaintiffs,                   )  OF TIME
                                            )
14       v.                                 )
                                            )
15 INGERSOLL-RAND COMPANY LIMITED, a       )
   Bermuda corporation; INGERSOLL-RAND     )
16 CORPORATION, a New Jersey corporation;  )
   SCHLAGE LOCK COMPANY, a California      )
17 corporation; and TOUCH-PLATE             )
   INTERNATIONAL, INC., a California       )
18 corporation,                             )
                                            )
19                                          )
            Defendants.                     )
20 _____)

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

STIPULATION RE: EXTENSION OF TIME

1

Case 3:05-cv-03100-TEH   Document 50   Filed 01/12/06   Page 2 of 2
01-10-06   10:00   From-Thelen, Reid & Priest LLP                T-892  P.003/009  F-191
Case 3:05-cv-03100-MJJ   Document 47   Filed 01/10/2006   Page 2 of 2

1  WHEREFORE, the Plaintiffs, Universal Paragon Corporation and Sunquest Properties,
2  Inc. (hereinafter referred to collectively as "Plaintiffs") and the Defendants, Ingersoll-Rand
3  Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate
4  International, Inc. (hereinafter referred to collectively as "Defendants") have agreed to a mutual
5  extension of time for the parties to file opposition and reply briefs regarding the *Motion for*
6  *Certification for Immediate Appeal of the Court's Order Dated November 22, 2005 Re: Motion*
7  *to Dismiss and For a Stay Pending Appeal* ("Motion for Certification") filed on December 23,
8  2005.

9  NOW, THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, by
10  and through their counsel of record:

11  1.  That the deadline for the Plaintiffs to file their Opposition to the Motion for
12  Certification be extended to Friday, January 13, 2006.

13  2.  That the deadline for the Defendants to file their Reply to the Opposition to the
14  Motion for Certification be extended to Friday, January 20, 2006.

15  ~~3.  If this Court believes that it is necessary to hear oral argument regarding this~~
16  ~~issue, that the hearing not go forward on January 31, 2006 and be rescheduled for a later date.~~

3.  Oral argument set for 1/31/06 IS VACATED.

18  Dated: January 10, 2006

*[signature]* /ACC
PHILIP L. GREGORY
Attorney for Plaintiffs Universal Paragon
Corporation and Sunquest Properties, Inc.

22  Dated: January 10, 2006

Lisa A Cole
GREGORY P. O'HARA
LISA A. COLE
Attorneys for Defendants Ingersoll-Rand
Company Limited, Ingersoll-Rand
Company, Schlage Lock Company and
Touch-Plate International, Inc.

IT IS SO ORDERED

*[signature]*
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
1/12/2006
DATE

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

STIPULATION RE: EXTENSION OF TIME

2