Michael L. Whitcomb (CA State Bar No. 86744)
Robert C. Bylsma (CA State Bar No. 148883)
UNION PACIFIC RAILROAD COMPANY
LAW DEPARTMENT
10031 Foothills Boulevard, Suite. 200
Roseville, CA 95747-7101
Telephone: (916) 789-6400

Kenneth W. Lund (*Pro hac vice* application to be submitted)
Michelle Younkin (CA State Bar No. 215246)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Counter-Defendant
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California corporation,
  Plaintiffs,

v.

INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,
  Defendants.

CASE NO. C 0▆▆▆▆▆▆▆

**STIPULATION REGARDING UNION PACIFIC RAILROAD COMPANY'S ANSWER TO DEFENDANTS' COUNTERCLAIM**

(Civil L.R. 5 & 6-1(a))

GRANTED

---

1

Stipulation Regarding Union Pacific's Answer To Defendants' Counterclaim
*Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.*
Case No. C 05 3100 MJJ

#14768 v1

| | |
|---|---|
| 1 | INGERSOLL-RAND COMPANY, a New Jersey corporation and SCHLAGE LOCK COMPANY, a California corporation, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | |
| 5 | v. |
| 6 | UNIVERSAL PARAGON CORPORATION, a Delaware corporation; SUNQUEST PROPERTIES, INC., California corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, |
| 7 | |
| 8 | |
| 9 | Counter-Defendants. |

Defendant and counter-claimant Ingersoll-Rand Company, defendant and counter-claimant Schlage Lock Company, defendant and counter-claimant Touch-Plate International, Inc. and counter-defendant Union Pacific Railroad Company, by and through their respective counsel hereby stipulate as follows:

Counter-defendant Union Pacific Railroad Company shall have up to and including Friday, February 10, 2006, in which to file its responsive pleading to Defendants' Counterclaim.

2
Stipulation Regarding Union Pacific's Answer To Defendants' Counterclaim
*Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.*
Case No. C 05 3100 MJJ

#14768 v1

| | | |
|---|---|---|
| 1 | Dated: January 26, 2006 | HOLME ROBERTS & OWEN, LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Kenneth W. Lund |
| 5 | | Michelle Younkin |
| 6 | | Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff |
| 7 | | UNION PACIFIC RAILROAD COMPANY |
| 8 | Dated: 1-26-06 | THELEN REID & PRIEST, LLP |
| 9 | | *[signature]* |
| 10 | | Lisa A. Cole |
| 11 | | Attorneys for Defendant, and Counter-Claimant |
| 12 | | INGERSOLL-RAND COMPANY; SCHLAGE LOCK COMPANY; and TOUCH-PLATE INTERNATIONAL INC. |

1/30/2006

*[APPROVED stamp — Judge Martin J. Jenkins, United States District Court, Northern District of California]*

---

1

Stipulation Regarding Union Pacific's Answer To Defendants' Counterclaim
*Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.*
Case No. C 05 3100 MJJ

#14768 v1

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |

     I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

     On January 30, 2006, I served the foregoing documents described as:

**STIPULATION REGARDING UNION PACIFIC RAILROAD COMPANY'S ANSWER TO DEFENDANTS' COUNTERCLAIM**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Aron K. Liang<br>Joseph W. Cotchett<br>Philip L. Gregory<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010<br>650.697.6000<br>650.697.0577 fax<br>aliang@cpsmlaw.com<br>Attorneys for:<br>**Plaintiffs Universal Paragon Corporation; and Sunquest Properties Inc.** | Lisa A. Cole<br>Thelen Reid & Priest, LLP<br>225 West Santa Clara Street<br>12th Floor<br>San Jose, CA 95113<br>408.292.5800<br>408.287.8040 fax<br>lcole@thelenreid.com<br>Attorneys for:<br>**Defendants/Counterclaimants:**<br>**Ingersoll-Rand Company; Schlage Lock Company; and Touch-Plate International, Inc.** |

☐    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    BY EMAIL: I communicated such document via e-mail to the addressees' email address as indicated above.

#14768 v1

☐    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2006 at San Francisco, California.

                                        /s/
                                   Molly Morris

2
Proof of Service
Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.
Case No. C 05 3100 MJJ

#14768 v1