Michael L. Whitcomb (CA State Bar No. 86744)
Robert C. Bylsma (CA State Bar No. 148883)
UNION PACIFIC RAILROAD COMPANY
LAW DEPARTMENT
10031 Foothills Boulevard, Suite. 200
Roseville, CA 95747-7101
Telephone: (916) 789-6400

Kenneth W. Lund (*Pro hac vice* application to be submitted)
Michelle Younkin (CA State Bar No. 215246)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Counter-Defendant
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California corporation, Plaintiffs, v. INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation, Defendants. | CASE NO. C 05 3100 MJJ<br>Order granting:<br>STIPULATION REGARDING UNION PACIFIC RAILROAD COMPANY'S ANSWER TO DEFENDANTS' COUNTERCLAIM<br>(Civil L.R. 5 & 6-1(a)) |

1

Stipulation Regarding Union Pacific's Answer To Defendants' Counterclaim
*Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.*
Case No. C 05 3100 MJJ

#14933 v1

| | |
|---|---|
| 1 | INGERSOLL-RAND COMPANY, a New Jersey corporation and SCHLAGE LOCK COMPANY, a California corporation, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | UNIVERSAL PARAGON CORPORATION, a Delaware corporation; SUNQUEST PROPERTIES, INC., California corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Defendants. |

Defendant and counter-claimant Ingersoll-Rand Company, defendant and counter-claimant Schlage Lock Company, defendant and counter-claimant Touch-Plate International, Inc. and counter-defendant Union Pacific Railroad Company, by and through their respective counsel hereby stipulate as follows:

Counter-defendant Union Pacific Railroad Company shall have up to and including Friday, February 17, 2006, in which to file its responsive pleading to Defendants' Counterclaim.

2
Stipulation Regarding Union Pacific's Answer To Defendants' Counterclaim
*Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.*
Case No. C 05 3100 MJJ

#14933 v1

| | | |
|---|---|---|
| 1 | Dated: February 9, 2006 | HOLME ROBERTS & OWEN, LLP |
| 2 | | |
| 3 | | Kenneth W. Lund |
| 4 | | Michelle Younkin |
| | | Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff |
| 5 | | UNION PACIFIC RAILROAD COMPANY |

Dated: February 9, 2006

THELEN REID & PRIEST, LLP

Lisa A. Cole
Attorneys for Defendant, and Counter-Claimant
INGERSOLL-RAND COMPANY; SCHLAGE LOCK COMPANY; and TOUCH-PLATE INTERNATIONAL INC.

It is so ordered,

2/10/2006

*[Judge's signature]*

---

1

Stipulation Regarding Union Pacific's Answer To Defendants' Counterclaim
*Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.*
Case No. C 05 3100 MJJ

#14933 v1

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On February 9, 2006, I served the foregoing documents described as:

**STIPULATION REGARDING UNION PACIFIC RAILROAD COMPANY'S ANSWER TO DEFENDANTS' COUNTERCLAIM**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Aron K. Liang<br>Joseph W. Cotchett<br>Philip L. Gregory<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010<br>650.697.6000<br>650.697.0577 fax<br>aliang@cpsmlaw.com<br>Attorneys for:<br>**Plaintiffs Universal Paragon Corporation; and Sunquest Properties Inc.** | Lisa A. Cole<br>Thelen Reid & Priest, LLP<br>225 West Santa Clara Street<br>12th Floor<br>San Jose, CA 95113<br>408.292.5800<br>408.287.8040 fax<br>lcole@thelenreid.com<br>Attorneys for:<br>**Defendants/Counterclaimants:<br>Ingersoll-Rand Company; Schlage Lock Company; and Touch-Plate International, Inc.** |

☒ BY EMAIL: I communicated such document via e-mail to the addressees' email address as indicated above.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 9, 2006 at San Francisco, California.

/s/
Molly Morris

1

Proof of Service
Universal Paragon Corporation, et al. v. Ingersoll-Rand Company Limited, et al.
Case No. C 05 3100 MJJ

#14933 v1