```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
 9
10  UNIVERSAL PARAGON          )
    CORPORATION and SUNQUEST   )
11  PROPERTIES, INC.,          )    No. C05-3100 MJJ (BZ)
                               )
12           Plaintiff(s),     )    DISCOVERY ORDER
                               )
13       v.                    )
                               )
14  INGERSOLL-RAND COMPANY     )
    LIMITED, et al.,           )
15                             )
             Defendant(s).     )
16                             )
                               )
17                             )
    AND RELATED CLAIMS.        )
18                             )
                               )
19                             )
```

20      Having reviewed the motion of non-party Cotchett, Pitre,
21 Simon & McCarthy to quash subpoena, **IT IS HEREBY ORDERED** that
22 defendants file an opposition no later than **August 30, 2006.**
23 Any reply shall be filed no later than **September 6, 2006.**  If
24 one is deemed necessary, a hearing on the motion will be held
25 on **September 20, 2006 at 10:00 a.m.** in Courtroom G, 15th
26 ///
27 ///
28 ///

1

Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 25, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\UNIVERSAL PARAGON\DISC2.wpd