1  JOSEPH W. COTCHETT (SBN 36324)
   PHILIP L. GREGORY (SBN 95217)
2  ARON K. LIANG (SBN 228936)
   **COTCHETT, PITRE, SIMON & McCARTHY**
3  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
4  Burlingame, California  94010
   Telephone:    (650) 697-6000
5  Facsimile:    (650) 697-0577

6  Attorneys for Plaintiffs **UNIVERSAL PARAGON
   CORPORATION** and **SUNQUEST PROPERTIES, INC.**
7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  **UNIVERSAL PARAGON CORPORATION,**          )   CASE NO. C 05-03100 MJJ
    a Delaware corporation, and **SUNQUEST**     )
12  **PROPERTIES, INC.**, a California corporation, )
                                                  )
13              Plaintiffs,                       )   **STIPULATION AND [~~PROPOSED~~]
                                                  )   ORDER RE: CASE
14              v.                                )   MANAGEMENT SCHEDULE
                                                  )   MODIFICATION**
15  **INGERSOLL-RAND COMPANY LIMITED,** a        )
    Bermuda corporation; **INGERSOLL-RAND**       )
16  **CORPORATION**, a New Jersey corporation;    )
    **SCHLAGE LOCK COMPANY,** a California        )
17  corporation; and **TOUCH-PLATE**              )
    **INTERNATIONAL, INC.**, a California         )
18  corporation,                                  )
                                                  )
19                                                )
                Defendants.                       )
20  _____ )

21

22

23

24

25

26

27

⊕
LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

28  _____
    **STIPULATION AND [~~PROPOSED~~] ORDER RE: CASE MANAGEMENT
    SCHEDULE MODIFICATION**
    **Case No. 05-03100 MJJ**
                                                                              1

1      WHEREFORE, the Plaintiffs, Universal Paragon Corporation and Sunquest Properties,

2   Inc. (hereinafter referred to collectively as "Plaintiffs"), the Defendants, Ingersoll-Rand Company

3   Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc.

4   (hereinafter referred to collectively as the "Ingersoll-Rand Defendants") and the Counter-

5   Defendant Union Pacific Railroad ("Union Pacific") have mutually agreed to the following

6   modifications of the case schedule and respectfully request that this Court adopt the following

7   schedule.

8      NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and

9   through their counsel of record:

10     1.    The deadline for depositions is extended to **October 6, 2006**.

11     2.    The deadline for filing discovery motions related to all discovery (depositions or

12            written discovery) is extended to **October 17, 2006**.

13     3.    Designation of Experts is extended to **October 13, 2006**.

14     4.    Expert Reports is extended to **October 27, 2006**.

15     5.    Designation of Supplemental/Rebuttal Experts is extended to **November 3, 2006**.

16     6.    Supplemental/Rebuttal Reports is extended to **November 17, 2006**.

17     7.    Expert Discovery Cut-off is extended to **December 1, 2006**.

18     8.    Deadline for dispositive motions shall be extended to **December 22, 2006**.

19     9.    Settlement Conference shall still be held at 9:30 a.m. on **January 8, 2007** before

20            Magistrate Judge Joseph C Spero.

21    10.   Pre-Trial Status Conference shall still be held at 3:30 p.m. on **January 30, 2007**.

22    11.   Trial shall still begin at 8:30 a.m. on **February 12, 2007**.

23

24   Dated: August 22 , 2006

25                 PHILIP L. GREGORY
                      ARON K. LIANG

26                 Attorney for Plaintiffs Universal Paragon
                      Corporation and Sunquest Properties, Inc.

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT
SCHEDULE MODIFICATION**
**Case No. 05-03100 MJJ**

2

Dated: August _____, 2006

_____
GREGORY P. O'HARA
LISA A. COLE
Attorneys for Defendants Ingersoll-Rand
Company Limited, Ingersoll-Rand
Company, Schlage Lock Company and
Touch-Plate International, Inc.

Dated: August _22_, 2006

_____
MARY ELLEN HOGAN
MICHELLE YOUNKIN
Attorney for Counter-Defendant Union
Pacific Railroad Company

The Court hereby enters an order in conformance with the above stipulation:

Dated: __8/31_____, 2006

_____
HON. MARTIN J. JENKINS
United States District Court Judge

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1

2

3   Dated: August ⟨22⟩, 2006

4                                                    GREGORY P. O'HARA
                                                     LISA A. COLE
5                                                    Attorneys for Defendants Ingersoll-Rand
                                                     Company Limited, Ingersoll-Rand
6                                                    Company, Schlage Lock Company and
                                                     Touch-Plate International, Inc.

7

    Dated:  August _____, 2006

8                                                    _____
                                                     MARY ELLEN HOGAN
9                                                    MICHELLE YOUNKIN
                                                     Attorney for Counter-Defendant Union
                                                     Pacific Railroad Company
10

11  The Court hereby enters an order in conformance with the above stipulation:

12

13
    Dated: _____, 2006
14                                                   _____
                                                     HON. MARTIN J. JENKINS
15                                                   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28   _____
     STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT
     SCHEDULE MODIFICATION
     Case No. 05-03100 MJJ