UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC., <br><br>            Plaintiff(s), <br><br>     v. <br><br> INGERSOLL-RAND COMPANY LIMITED, et al., <br><br>            Defendant(s). <br><br> AND RELATED CLAIMS. | No. C05-3100 MJJ (BZ) <br><br> **INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder

or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter served on all parties not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties may reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

After the conference with the Court, if filing papers is deemed necessary, they should be filed with the Clerk's Office, with one copy delivered directly to Chambers (Room 15-6688).  A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect 6, 8, 9 or 10 (the diskette shall be scanned for virus before submission) or may be e-mailed to the following address: bzpo@cand.uscourts.gov

Dated: September 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ORTEGON\INITIAL.DISC.ORDER.wpd