UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> INGERSOLL-RAND COMPANY LIMITED, et al., <br><br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C05-3100 MJJ (BZ) <br><br> **SECOND DISCOVERY ORDER** |

Following a telephone discovery conference on September 7, 2006, **IT IS ORDERED** that plaintiffs' motion to compel production of a proper witness pursuant to Rule 30(b)(6) and for recovery of attorney's fees and costs [docket # 69] is taken off calendar subject to re-notice once the deposition is completed in accordance with the views expressed by the Court. **IT IS FURTHER ORDERED** that plaintiffs' motion to shorten time

///

///

1

1 | [docket # 68] is **DENIED as moot.**

2 | Dated: September 11, 2006

3 | _____
   | Bernard Zimmerman
4 | United States Magistrate Judge

G:\BZALL\-REFS\UNIVERSAL PARAGON\DISC4.wpd