UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> INGERSOLL-RAND COMPANY LIMITED, et al., <br><br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C05-3100 MJJ (BZ) <br><br> **THIRD DISCOVERY ORDER** |

A telephonic conference was held on September 20, 2006, to discuss the movant's motion to quash the non-movant's subpoena for documents. Based on representations made by movant's counsel that its client previously responded to requests for production of documents in compliance with all applicable duties and rules, and for the additional reasons stated by the Court on the record, **IT IS HEREBY ORDERED** that

//

//

1

the motion to quash the non-movant's subpoena is **GRANTED**.

Dated: September 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\UNIVERSAL PARAGON\DISC5.ORDER.wpd

2