John F. Barg (State Bar No. 60230)
BARG COFFIN LEWIS & TRAPP, LLP
One Market, Steuart Tower, Suite 2700
San Francisco, CA 94105-1475
Telephone (415) 228-5400
Facsimile (415) 228-5450

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,

Plaintiff(s)

v.

INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RANG CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, et al.

Defendant(s)

CASE NUMBER: C-05-3100 MJJ

## SUBSTITUTION OF ATTORNEY AND ORDER

UNION PACIFIC RAILROAD COMPANY
*Name of Party*

[ ] Plaintiff  [ ] Defendant  [X] Other  Counterdefendant

hereby substitutes JOHN F. BARG of BARG COFFIN LEWIS & TRAPP, LLP who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  One Market, Steuart Tower, Suite 2700
*Street Address*

San Francisco, CA 94105-1475    (415) 228-5400    (415) 228-5450    60230
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of HOLME ROBERTS & OWEN, LLP
*Present Attorney*

Dated: November __, 2006

ROBERT C. BYLSMA
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: November 6, 2006

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: November 7, 2006

JOHN F. BARG
*Signature of New Attorney*

**Substitution of Attorney is hereby** [ ] Approved.  [ ] Denied.

Dated: November 8, 2006

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                          G01

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Barg Coffin Lewis & Trapp, LLP, One Market, Steuart Tower, Suite 2700, San Francisco, California 94105. On November 8, 2006, I served the following document:

## SUBSTITUTION OF ATTORNEY

☐ by transmitting via facsimile the document(s) listed above to the fax number set forth below on this date before 5:00 p.m.

☐ by causing personal delivery overnight delivery by Federal Express of the document(s) listed above to the person at the address set forth below.

☐ by dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5 p.m.

Joseph W. Cotchett
Philip L. Gregory
Aron K. Liang
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   650.697.6000
Facsimile:   650.697.0577
Email:
*Representing Universal Paragon Corporation and Sunquest Properties, Inc.*

Gregory P. O'Hara
Lisa A. Cole
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
Telephone:   408.292.5800
Facsimile:   408.287.8040
Email:          gpohara@thelenreid.com
                     lcole@thelenreid.com
*Representing Ingersoll-Rand Company Limited, Ingersoll-Rand Corporation, Schlage Lock Company, and Touch-Plate International*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 8, 2006, at San Francisco, California.

_____
JOAN FLAHERTY

PROOF OF SERVICE
Case No. C 05-3100 MJJ

438346.1