UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>INGERSOLL-RAND COMPANY LIMITED, et al.,<br><br>    Defendant(s).<br><br>AND RELATED CLAIMS. | No. C05-3100 MJJ (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

     Having received defendants' much more than two page letter dated November 21, 2006 describing a dispute with third party witness Penetone Corporation, **IT IS HEREBY ORDERED** that a telephonic conference to discuss the dispute is scheduled for **Monday, November 27, 2006, at 2:00 p.m.**  Counsel for defendants shall get counsel for Penetone and counsel for any

///

1

1  other interested party on the line and call the court at
2  415-522-4093.
3  Dated: November 22, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\UNIVERSAL PARAGON\DISC6.ORDER.wpd

2