UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC.,

Plaintiff(s),

v.

INGERSOLL-RAND COMPANY LIMITED, et al.,

Defendant(s).

AND RELATED CLAIMS.

No. C05-3100 MJJ (BZ)

**FOURTH DISCOVERY ORDER**

A telephonic conference was held on November 27, 2006, to discuss the discovery dispute outlined in Ingersoll-Rand's letter dated November 21, 2006. All interested parties were represented by counsel. **IT IS HEREBY ORDERED** that the parties meet and confer and make a good faith effort to resolve their dispute in accordance with the views expressed by the court. Failing resolution, Ingersoll-Rand has leave to file an appropriate motion pursuant to Federal Rule of Civil Procedure 45. The motion shall be filed by **December 11, 2006.**

Opposition papers shall be filed no later than **December 18, 2006**. Reply papers shall be filed no later than **December 21, 2006**. The court will schedule a hearing if one is deemed necessary.

Dated: November 27, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\UNIVERSAL PARAGON\DISC7.ORDER.wpd