JOHN F. BARG (State Bar No. 60230)
MARC A. ZEPPETELLO (State Bar No. 121185)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Counter-Defendant
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C 05 3100 MJJ<br><br>[PROPOSED] ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S MOTION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND UNION PACIFIC'S COUNTER-MOTION FOR SUMMARY JUDGMENT<br><br>Trial Date: February 12, 2007<br>Judge: Hon. Martin J. Jenkins |

THIS MATTER comes before the Court on Union Pacific Railroad Company's Motion to Reschedule Hearing on Defendants' Motion for Summary Judgment and Union Pacific's Counter-Motion for Summary Judgment. The Court has considered the motion, supporting declaration, all opposition and reply briefs, other evidence submitted in support thereof and opposition thereto, and the arguments of counsel.

///

[PROPOSED] ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S MOTION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND UNION PACIFIC'S COUNTER-MOTION FOR SUMMARY JUDGMENT
U.S.D.C Case No. C 05 3100 MJJ

443227.1

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

1   Now therefore, and for good cause shown, IT IS HEREBY ORDERED:

2   1.   The hearing on Defendants' motion for summary judgment and Union Pacific's

3        counter-motion for summary judgment is hereby continued to January 23 2006 at

4        9:30 a.m.

5   2.   Defendants shall file their opposition to Union Pacific's motion on December 15,

6        2006.

7   3.   Union Pacific shall file its reply brief in support of its motion on December 22,

8        2006.

9   4.   The parties shall file joint statements of undisputed facts on both Defendants'

10       motion and Union Pacific's motion on December 22, 2006.

11

12  Dated:   11/30/2006

13                              HONORABLE MARTIN J. JENKINS
                                    Judge of the Superior Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

2

[_____] ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S MOTION TO RESCHEDULE HEARING ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND UNION PACIFIC'S COUNTER-MOTION FOR SUMMARY JUDGMENT
U.S.D.C Case No. C 05 3100 MJJ

443227.1