JOSEPH W. COTCHETT (SBN 36324)
PHILIP L. GREGORY (SBN 95217)
ARON K. LIANG (SBN 228936)
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiffs **UNIVERSAL PARAGON CORPORATION** and **SUNQUEST PROPERTIES, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNIVERSAL PARAGON CORPORATION**, a Delaware corporation, and **SUNQUEST PROPERTIES, INC.**, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**INGERSOLL-RAND COMPANY LIMITED**, a Bermuda corporation; **INGERSOLL-RAND CORPORATION**, a New Jersey corporation; **SCHLAGE LOCK COMPANY**, a California corporation; and **TOUCH-PLATE INTERNATIONAL, INC.**, a California corporation,<br><br>Defendants. | CASE NO. C 05-03100 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE MODIFICATION** |

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE MODIFICATION
Case No. 05-03100 MJJ

1

WHEREFORE, the Plaintiffs, Universal Paragon Corporation and Sunquest Properties, Inc. (hereinafter referred to collectively as "Plaintiffs"), the Defendants, Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc. (hereinafter referred to collectively as the "Ingersoll-Rand Defendants") and the Counter-Defendant Union Pacific Railroad Company ("Union Pacific") have mutually agreed to the following modifications of the case schedule and respectfully request that this Court adopt the following schedule.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. The deadline for the parties to exchange initial expert reports is extended to **November 29, 2006.**

2. The deadline for the parties to exchange supplemental/rebuttal expert reports is extended to **December 8, 2006**.

Dated: November ____, 2006

PHILIP L. GREGORY
ARON K. LIANG
Attorney for Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc.

Dated: November 22, 2006

GREGORY P. O'HARA
LISA A. COLE
Attorneys for Defendants Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc.

Dated: November ____, 2006

JOHN BARG
MARC ZEPPETELLO
Attorney for Counter-Defendant Union Pacific Railroad Company

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE MODIFICATION
Case No. 05-03100 MJJ

2

WHEREFORE, the Plaintiffs, Universal Paragon Corporation and Sunquest Properties, Inc. (hereinafter referred to collectively as "Plaintiffs"), the Defendants, Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc. (hereinafter referred to collectively as the "Ingersoll-Rand Defendants") and the Counter-Defendant Union Pacific Railroad Company ("Union Pacific") have mutually agreed to the following modifications of the case schedule and respectfully request that this Court adopt the following schedule.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. The deadline for the parties to exchange initial expert reports is extended to **November 29, 2006.**

2. The deadline for the parties to exchange supplemental/rebuttal expert reports is extended to **December 8, 2006**.

Dated: November 22, 2006

PHILIP L. GREGORY
ARON K. LIANG
Attorney for Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc.

Dated: November ____, 2006

GREGORY P. O'HARA
LISA A. COLE
Attorneys for Defendants Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc.

Dated: November 22, 2006

JOHN BARG by PLG
JOHN BARG
MARC ZEPPETELLO
Attorney for Counter-Defendant Union Pacific Railroad Company

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE MODIFICATION
Case No. 05-03100 MJJ

2

1  The Court hereby enters an order in conformance with the above stipulation:

3  Dated: ___December 4___, 2006

*[signature: Martin J. Jenkins]*
HON. MARTIN J. JENKINS
United States District Court Judge

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE MODIFICATION
Case No. 05-03100 MJJ

3