UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC., | ) ) ) ) | No. C05-3100 MJJ (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER DENYING MOTION TO COMPEL** |
| INGERSOLL-RAND COMPANY LIMITED, et al., | ) ) ) | |
| Defendant(s). | ) ) | |
| AND RELATED CLAIMS. | ) ) ) ) | |

**IT IS HEREBY ORDERED** that defendants' motion to compel third-party Penetone Corporation to respond to the subpoena served September 22, 2006 is **DENIED** on the grounds that it was untimely, discovery having been cut off on August 25, 2006. See NSight, Inc. v. Peoplesoft, Inc., 2006 WL 988807 (N.D. Cal. April 13, 2006).  As Union Pacific points out, defendants interposed the August 25, 2006 cutoff in objecting to plaintiff's discovery.  To the extent defendants claim that they expected Judge Jenkins to extend the discovery cutoff

1

when the parties filed a stipulation dated October 19, 2006, it does not appear that Judge Jenkins has signed this stipulation or that it would apply to the subpoena at issue.

That a party may not have standing to object to the breath of a third-party subpoena does not mean that a party does not have standing to object to a third-party subpoena issued in violation of the court's discovery cutoff.  Nor do defendants explain how a third-party served with a subpoena would necessarily know at the time it must file its objections that discovery has been cut off.  Third-party discovery is to be conducted with a view to minimizing the burden on the third-party.  Requiring a third-party to obtain counsel to review the court file to see if the subpoena was issued in violation of a court order prior to objecting seems inconsistent with that concept.  Nor does it follow that an agreement to extend the date for filing discovery motions has the effect of reopening discovery.

The court finds no need for argument and vacates the hearing scheduled for January 10, 2007.

Dated: December 22, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

S:\BZALL\-REFS\UNIVERSAL PARAGON\DISC8.ORDER.wpd

2