United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> INGERSOLL-RAND COMPANY, ET AL., <br><br> Defendant(s). | No. C-05-3100 MJJ (JCS) <br><br> **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** <br><br> **(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 11, 2007, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the conference with the parties who have full and unlimited authority to settle the matter.

Additionally, IT IS HEREBY ORDERED that Y.H. Chen, of Universal Paragon Corporation, **personally** appear at the Further Settlement Conference.

IT IS SO ORDERED.

Dated: January 8, 2007

JOSEPH C. SPERO
United States Magistrate Judge