UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> INGERSOLL-RAND COMPANY, ET AL., <br><br> Defendant(s). <br> _____/ | No. C-05-3100 MJJ (JCS) <br><br> **ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE** <br><br> **(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has ordered Y.H. Chen, of Plaintiff Universal Paragon Corporation, to appear personally at the Further Settlement Conference today. The Court has received a letter from Mr. Chen's counsel, requesting a continuance of the conference because Mr. Chen has not yet received his visa. According to Mr. Chen, he applied for his visa on January 10, 2007, and in his experience approval would ordinarily be forthcoming within a few days. In light of Mr. Chen's difficulty in securing a visa, and the upcoming summary judgment hearing and trial in this matter, the Court GRANTS the request for a brief continuance. The Further Settlement Conference in this matter is continued to **January 17, 2007, at 1:30 p.m.** Mr. Chen is ORDERED to appear in person.

All other provisions of the Court's previous orders regarding the Settlement Conferences remain in force.

IT IS SO ORDERED.

Dated: January 11, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge