UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, ET AL., <br><br>       Plaintiff(s),<br><br>v.<br><br>INGERSOLL-RAND COMPANY, ET AL.,<br><br>       Defendant(s).<br>_____/ | No. C-05-3100 MJJ (JCS)<br><br>**ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference previously scheduled for January 17, 2007, at 1:30 p.m., is continued until **January 30, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the conference with the parties who have full and unlimited authority to settle the matter.

Updated, confidential Settlement Conference Statements shall be LODGED with Chambers (NOT electronically filed) **no later than January 26, 2007**.

Additionally, IT IS HEREBY ORDERED that Y.H. Chen, of Universal Paragon Corporation, **personally** appear at the Further Settlement Conference.

All other provisions of the Court's previous orders regarding the Settlement Conferences remain in force.

IT IS SO ORDERED.

Dated: January 18, 2007

                                                                            JOSEPH C. SPERO<br>
                                                                            United States Magistrate Judge