
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC., | No. C05-3100 MJJ (BZ) |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFF UNIVERSAL PARAGON CORP.'S REQUEST FOR AN ORDER COMPELLING DEPOSITION ATTENDANCE** |
| INGERSOLL-RAND COMPANY LIMITED, et al., | |
| Defendant(s). | |
| AND RELATED CLAIMS. | |

   Before me is plaintiff Universal Paragon Corp.'s request for an order compelling the attendance of Mr. Gregory O'Hara at a deposition on January 29, 2007.  Following a telephonic discovery conference at which all interested parties were represented by counsel, I find that no further briefing or argument is necessary.  I conclude that I cannot issue the requested order.

   Under the circumstances presented, I would normally grant plaintiff's request.  In particular, I do not find persuasive

1

defendant Ingersoll-Rand Co.'s argument that Mr. O'Hara - defendant's lead trial counsel and, thus, a third party to the suit - may refuse to appear at a duly noticed subpoena, without abiding by the procedures set forth in FRCP 45, simply because he believes that his testimony may not be relevant following the resolution of summary judgment proceedings.  Nor can it be that defendant's promise to produce Mr. O'Hara at such later time as it wishes excuses Mr. O'Hara's failure to appear.

During the conference, however, plaintiff admitted that the discovery cut-off date set by Judge Jenkins has passed. While both parties stated that they had agreed to accommodate certain discovery beyond the cut-off date, I will not enforce an agreement in derogation of Judge Jenkins' deadlines.

For the reasons set forth, plaintiff's request for an order compelling Mr. O'Hara's attendance at a deposition is **DENIED**.

Dated: January 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\UNIVERSAL PARAGON\DISC9.ORDER.wpd

2