JOHN F. BARG (State Bar No. 60230)
MARC A. ZEPPETELLO (State Bar No. 121185)
ESTIE A. MANCHIK (State Bar No. 239523)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone: (415) 228-5400
Facsimile: (415) 228-5450

Attorneys for Counter-Defendant
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-05-3100 MJJ<br><br>[PROPOSED] ORDER RE: UNION PACIFIC RAILROAD COMPANY'S REQUEST FOR CLIENT'S TELEPHONIC PARTICIPATION IN SETTLEMENT CONFERENCE<br><br>Date: February 6, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Floor<br>Judge: Mag. Judge Joseph C. Spero |

Counter-Defendant Union Pacific Railroad Company ("Union Pacific") has requested permission to have its client representatives telephonically available for the settlement conference on February 6, 2007, rather than in person. Good cause appearing,

IT IS HEREBY ORDERED that Union Pacific's request is granted.

Dated: February 6, 2007   _____
                                              MAG. JUDGE JOSEPH C. SPERO

[IT IS SO ORDERED / Judge Joseph C. Spero]

[PROPOSED] ORDER RE: UNION PACIFIC'S REQUEST FOR CLIENT'S TELEPHONIC PARTICIPATION
U.S.D.C.-N.D. Case No. C-05-3100 MJJ

1

450300.1