JOSEPH W. COTCHETT (SBN 36324)
PHILIP L. GREGORY (SBN 95217)
ARON K. LIANG (SBN 228936)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

Attorneys for Plaintiffs **UNIVERSAL PARAGON CORPORATION** and **SUNQUEST PROPERTIES, INC.**

E-Filing

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | CASE NO. C 05-03100 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF MOTIONS AND TRIAL DATE** |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER RE:
WITHDRAWAL OF MOTIONS AND TRIAL DATE
Case No. 05-03100 MJJ

1

WHEREFORE, Plaintiffs and Counter-Defendants Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs"), Defendants Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company, and Touch-Plate International, Inc. (collectively "Defendants"), and Counter-Defendant Union Pacific Railroad Company ("Union Pacific") have mutually agreed to the following stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. Except for Motions for Summary Judgment, all motions currently pending before the Court are withdrawn without prejudice.

2. The current trial date of **February 12, 2007** may be continued to **November 1, 2007** or such other date as the Court shall set.

3. The current Pre-Trial Conference of **February 9, 2007** is hereby taken off calendar.

Dated: February 8, 2007

PHILIP L. GREGORY
ARON K. LIANG
Attorney for Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc.

Dated: February 8, 2007

GREGORY P. O'HARA
LISA A. COLE
Attorneys for Defendants Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc.

Dated: February 8, 2007

JOHN F. BARG
Attorney for Counter-Defendant Union Pacific Railroad Company

STIPULATION AND [PROPOSED] ORDER RE:
WITHDRAWAL OF MOTIONS AND TRIAL DATE
Case No. 05-03100 MJJ

2

1  The Court hereby enters an order in conformance with the above stipulation:

Dated: February 9, 2007

HON. MARTIN J. JENKINS
United States District Court Judge

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER RE:
WITHDRAWAL OF MOTIONS AND TRIAL DATE
Case No. 05-03100-MJJ

3