1  GREGORY P. O'HARA, CA BAR NO. 131963
   gpohara@thelen.com
2  MIMI M. LEE, CA BAR NO. 155803
   mmlee@thelen.com
3  GEOFFREY H. YOST, CA BAR NO. 159687
   gyhost@thelen.com
4  LISA A. COLE, CA BAR NO. 184267
   lcole@thelen.com
5  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
6  San Jose, CA 95113-1723
   Tel. 408.292.5800
7  Fax 408.287.8040

8  Attorneys for Defendants Ingersoll-Rand
   Company Limited, Ingersoll-Rand Company
9  (erroneously sued herein as "Ingersoll-Rand
   Corporation"), Schlage Lock Company, and
10 Touch-Plate International, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware Corporation, and SUNQUEST PROPERTIES, INC. a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: C 05 3100 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO REVIEW, CHANGE AND SIGN DEPOSITION TRANSCRIPTS** |

WHEREFORE, Plaintiffs and Counter-Defendants Universal Paragon Corporation and Sunquest Properties, Inc., Defendants Ingersoll-Rand Company, Schlage Lock Company, and Touch-Plate International, Inc., and Counter-Defendant Union Pacific Railroad Company have mutually agreed to the following stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. The deadline for the completion of any requested review of a deposition transcript made pursuant to Federal Rule of Civil Procedure 30(e) by any person already deposed in this case is extended until March 13, 2007.

Dated: March 6, 2007

By _____
PHILIP L. GREGORY
ARON K. LIANG
Attorneys for Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc.

Dated: March 5, 2007

By _____
GREGORY O'HARA
LISA A. COLE
MATTHEW J. ARMSTRONG
Attorneys for Defendants Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc.

Dated: March 6, 2007

By _____
JOHN F. BARG
Attorney for Counter-Defendant Union Pacific Railroad Company

The Court hereby enters an order in conformance with the above stipulation:

Dated: March 7, 2007

By _____
HON. MARTIN J. JENKINS
United States District Court Judge