UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, ET AL.,<br><br>                    Plaintiff(s),<br><br>           v.<br><br>INGERSOLL-RAND COMPANY, ET AL.,<br><br>                    Defendant(s).<br>_____/ | No. C-05-03100 MJJ (JCS)<br><br>**ORDER REQUIRING BOARD MEMBERS TO APPEAR IN PERSON FOR STATUS HEARING** |

The Court understands that the Board of Directors of Plaintiff, Universal Paragon Corporation, will be meeting on August 4, 2007, to consider final approval of the settlement of this action. Accordingly, not less than two (2) members of the Board of Directors of Plaintiff are hereby ORDERED to personally appear on **August 8, 2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, to report to the undersigned on the status of the settlement in this matter.

IT IS SO ORDERED.

Dated: July 23, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge