1 GREGORY P. O'HARA, CA BAR NO. 131963
gpohara@thelen.com
2 GEOFFREY H. YOST, CA BAR NO. 159687
gyost@thelen.com
3 LISA A. COLE, CA BAR NO. 184267
lcole@thelen.com
4 THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
5 San Jose, California 95113–1723
Telephone: 408.292.5800
6 Facsimile: 408.287.8040

7 Attorneys for Defendants Ingersoll-Rand Company Limited, Ingersoll-Rand Company
8 (erroneously sued herein as "Ingersoll-Rand Corporation"), Schlage Lock Company, and
9 Touch-Plate International, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: C 05 3100 MJJ<br><br>[PROPOSED] ORDER SETTING DATE AND TIME FOR A CONFERENCE CALL WITH ALL PARTIES<br><br>Trial Date: November 1, 2007<br>Time: TBD<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

-1-
[PROPOSED] ORDER SETTING DATE AND TIME FOR CONFERENCE CALL

Defendants Ingersoll-Rand Company, Ingersoll-Rand Company Limited, Schlage Lock Company, and Touch-Plate International, Inc. (collectively, "Defendants") respectfully submit this [Proposed] Order in connection with the concurrently filed Letter Request for a conference call with the Court and all parties. Defendants propose that the Court order the following:

A. For good cause shown, it is HEREBY ORDERED THAT the parties shall appear before the Court by telephone on Sept. 11, 2007, at 2:15 p.m. to discuss the status of current settlement activities.

**IT IS SO ORDERED.**

Dated: 9/4/2007       By: _____
                          HONORABLE MARTIN J. JENKINS
                          Judge of the Northern District of California

-2-
[PROPOSED] ORDER SETTING DATE AND TIME FOR CONFERENCE CALL