IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED THIRD PARTY ADMINISTRATORS, INC., | No. CV 06-4817 MJJ |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| LARRY B. TRUVILLION, | |
| Defendant(s). | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in Plaintiff's favor and against defendant for $32,548.97 in restitution for Defendant's unjust enrichment, $4,103.67 in prejudgment interest, $925.00 in attorney's fees, and $475 in filing and service costs, for a total amount of $38,052.64.

Dated: September 5, 2007                                         Richard W. Wieking, Clerk

                                                                 By: Edward Butler
                                                                 Deputy Clerk