1  GREGORY P. O'HARA, CA BAR NO. 131963
   gpohara@thelen.com
2  GEOFFREY H. YOST, CA BAR NO. 159687
   gyhost@thelen.com
3  LISA A. COLE, CA BAR NO. 184267
   lcole@thelen.com
4  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
5  San Jose, CA  95113-1723
   Tel. 408.292.5800
6  Fax 408.287.8040

7  Attorneys for Defendants Ingersoll-Rand
   Company Limited, Ingersoll-Rand Company
8  (erroneously sued herein as "Ingersoll-Rand
   Corporation"), Schlage Lock Company, and
9  Touch-Plate International, Inc.

10

                    UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
12

13  UNIVERSAL PARAGON CORPORATION,        Case No.: C 05 3100 MJJ
    a Delaware Corporation, and SUNQUEST
14  PROPERTIES, INC. a California
    corporation,                          **STIPULATION AND [~~PROPOSED~~]**
15                                         **ORDER CHANGING DATE AND TIME**
                                           **FOR A CONFERENCE CALL WITH**
16              Plaintiffs,                **ALL PARTIES**

17       vs.

18  INGERSOLL-RAND COMPANY LIMITED,
    a Bermuda corporation;  INGERSOLL-
19  RAND CORPORATION, a New Jersey
    corporation;  SCHLAGE LOCK COMPANY,
20  a California corporation;  and TOUCH-
    PLATE INTERNATIONAL, INC., a
21  California corporation,

22              Defendants.

23  AND RELATED CROSS-ACTIONS

24

25  / / /

26  / / /

27  / / /

28

―――――――――――――――――――――――――――――――――――――――――――――
**STIPULATION AND [PROPOSED] ORDER CHANGING DATE AND TIME FOR A
CONFERENCE CALL WITH ALL PARTIES**

1    WHEREFORE, Plaintiffs and Counter-Defendants Universal Paragon Corporation and

2  Sunquest Properties, Inc., Defendants Ingersoll-Rand Company, Schlage Lock Company, and

3  Touch-Plate International, Inc., and Counter-Defendant Union Pacific Railroad Company have

4  mutually agreed to the following stipulation.

5    NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and

6    through their counsel of record:

7    1.    The conference call with the Court and all parties previously set for September 11,
2:15 p.m.

8  2007, at 2:15 p.m., is hereby rescheduled and set for September 18, 2007, at 1:45 p.m..

9

10  Dated: September __, 2007    By _____

11                                PHILIP L. GREGORY
                                  ARON K. LIANG

12                                Attorneys for Plaintiffs Universal
                                  Paragon Corporation and Sunquest

13                                Properties, Inc.

14  Dated: September 5, 2007    By _____

15                                GREGORY O'HARA
                                  LISA A. COLE

16                                Attorneys for Defendants Ingersoll-Rand
                                  Company, Schlage Lock Company and

17                                Touch-Plate International, Inc.

18  Dated: September __, 2007    By _____

19                                JOHN F. BARG
                                  Attorney for Counter-Defendant Union

20                                Pacific Railroad Company

21

22  The Court hereby enters an order in conformance with the above stipulation:

23

24  Dated: September 10, 2007    By _____
                                  HON. MARTIN J. JENKINS

25                                United States District Court Judge

26

27

28

**STIPULATION AND [PROPOSED] ORDER CHANGING DATE AND TIME FOR A
CONFERENCE CALL WITH ALL PARTIES**