UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> INGERSOLL-RAND COMPANY, ET AL., <br><br> Defendant(s). | No. C-05-3100 MJJ (JCS) <br><br> **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** <br><br> **(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **November 7, 2007, at 9:15 a.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel for Universal Paragon Corporation and Ingersoll-Rand Company shall appear at the conference with the parties who have full and unlimited authority to settle the matter.

IT IS SO ORDERED.

Dated: November 6, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge