JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
PHILIP L. GREGORY (# 95217)
pgregory@cpmlegal.com
ARON K. LIANG (#228936)
aliang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

Attorneys for Plaintiffs **UNIVERSAL PARAGON CORPORATION** and **SUNQUEST PROPERTIES, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation, and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | CASE NO. C 05-03100 ~~MJJ~~ TEH<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER OF VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTERCLAIM |

1  WHEREFORE, the Plaintiffs, Universal Paragon Corporation and Sunquest Properties,
2  Inc. (hereinafter referred to collectively as "Plaintiffs"), and the Defendants, Ingersoll-Rand
3  Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate
4  International, Inc. (hereinafter referred to collectively as the "Ingersoll-Rand Defendants") have
5  mutually agreed to the following stipulation.
6  NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and
7  through their counsel of record:
8  1.  Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs hereby dismiss with
9  prejudice all claims against the Ingersoll-Rand Defendants as set forth in the complaint entitled
10  *Universal Paragon Corporation, et. al. v. Ingersoll-Rand Company Limited, et. al.*, Case No. 05-
11  03100 MJJ, filed July 29, 2005.
12  2  Pursuant to Federal Rule of Civil Procedure 41, Ingersoll-Rand Company and the
13  Schlage Lock Company dismiss with prejudice all claims against the Plaintiffs as set forth in the
14  counterclaim entitled *Ingersoll-Rand Company, et. al. v. Universal Paragon Corporation, et. al.*,
15  Case No. 05-03100 MJJ, filed December 12, 2005.
16  3.  Ingersoll-Rand Company and the Schlage Lock Company expressly **do not**
17  **dismiss** their claims against Counterdefendant Union Pacific Railroad Company as set forth in
18  the counterclaim entitled *Ingersoll-Rand Company, et. al. v. Universal Paragon Corporation, et.*
19  *al.* Case No. 05-03100 MJJ, filed December 12, 2005.
20  4.  Plaintiffs and the Ingersoll-Rand Defendants agree that each side will bear
21  their own attorney's fees and costs of suit and mutually waive any right to recover attorney's fees
22  and costs of suit from the other.

24  Dated: May 28, 2008

PHILIP L. GREGORY
Attorneys for Plaintiffs Universal Paragon
Corporation and Sunquest Properties, Inc.

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY
DISMISSAL OF COMPLAINT AND COUNTERCLAIM
Case No. 05-03100 MJJ                                                                                                2

Dated: May 28, 2008

_____
GREGORY P. O'HARA
*Attorneys for Defendants Ingersoll-Rand Company Limited, Ingersoll-Rand Company, Schlage Lock Company and Touch-Plate International, Inc.*

The Court hereby enters an order in conformance with the above stipulation:

Dated: ____06/06____, 2008

~~HON. JOSEPH C. SPERO~~
~~United States Magistrate Judge~~

HON. THELTON E. HENDERSON
United States District Judge

[Signature stamp: Judge Thelton E. Henderson]

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY
DISMISSAL OF COMPLAINT AND COUNTERCLAIM
Case No. 05-03100 MJJ

3