| | |
|---|---|
| 1 | STUART I. BLOCK (STATE BAR NO. 160688) |
| 2 | PERRY S. HUGHES (STATE BAR NO. 167784)<br>COX, CASTLE & NICHOLSON LLP |
| 3 | 555 California Street, 10th floor<br>San Francisco, CA 94104 |
| 4 | sblock@coxcastle.com; phughes@coxcastle.com<br>Telephone: (415) 392-4200 |
| 5 | Facsimile: (415) 392-4250 |
| 6 | Attorneys for Plaintiffs<br>Universal Paragon Corporation and |
| 7 | Sunquest Properties, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>                      Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, A New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>                      Defendants. | Case No. C-05-3100 TEH<br>Hon. Thelton E. Henderson<br><br>**AMENDED SUBSTITUTION OF ATTORNEY** |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

52759\1352926v2 — - 1 - — AMENDED SUBSTITUTION OF ATTY
C-05-3100 TEH

1  UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC.
2  ("Plaintiffs") hereby substitutes Cox, Castle & Nicholson LLP, 555 California Street, 10th Floor, San
3  Francisco, CA 94104, (415) 392-4200, as attorneys of record in place of Cotchett Pitre & McCarthy,
4  San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010,
5  (650) 697-6000.

UNIVERSAL PARAGON CORPORATION

DATED: July 7, 2008    _____
                       Steven Hanson, General Manager

SUNQUEST PROPERTIES, INC.

DATED: July 7, 2008    _____
                       Steven Hanson, General Manager

I consent to the above substitution.

DATED: July ____, 2008    COTCHETT PITRE & MCCARTHY

                          By: _____
                              Philip L. Gregory
                              Attorneys for Plaintiffs Universal Paragon
                              Corporation and Sunquest Properties, Inc.

I am duly admitted to practice in this District and accept the above substitution.

DATED: July ____, 2008    COX, CASTLE & NICHOLSON LLP

                          By: _____
                              Stuart L. Block
                              Attorneys for Plaintiffs Universal Paragon
                              Corporation and Sunquest Properties, Inc.

APPROVED:

DATED: _____    _____
                                 Hon. Thelton E. Henderson

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA
5275911352926v2

- 2 -

AMENDED
SUBSTITUTION OF ATTY C-05-3100 TEH

1 UNIVERSAL PARAGON CORPORATION and SUNQUEST PROPERTIES, INC.
2 ("Plaintiffs") hereby substitutes Cox, Castle & Nicholson LLP, 555 California Street, 10th Floor, San
3 Francisco, CA 94104, (415) 392-4200, as attorneys of record in place of Cotchett Pitre & McCarthy,
4 San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010,
5 (650) 697-6000.

DATED: July _____, 2008

UNIVERSAL PARAGON CORPORATION

_____
Steven Hanson, General Manager

DATED: July _____, 2008

SUNQUEST PROPERTIES, INC.

_____
Steven Hanson, General Manager

I consent to the above substitution.

DATED: July 8, 2008

COTCHETT PITRE & MCCARTHY

By: _____
Philip L. Gregory
Attorneys for Plaintiffs Universal Paragon
Corporation and Sunquest Properties, Inc.

I am duly admitted to practice in this District and accept the above substitution.

DATED: July 9, 2008

COX, CASTLE & NICHOLSON LLP

By: _____
Stuart I. Block
Attorneys for Plaintiffs Universal Paragon
Corporation and Sunquest Properties, Inc.

**APPROVED**:

DATED: 07/14/08

_____
Hon. Thelton E. Henderson
Judge Thelton E. Henderson