STUART I. BLOCK (STATE BAR NO. 160688)
sblock@coxcastle.com
PERRY S. HUGHES (STATE BAR NO. 167784)
phughes@coxcastle.com
SCOTT J. LICHTIG (STATE BAR NO. 243520)
slichtig@coxcastle.com
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Telephone: (415) 392-4200, Facsimile: (415) 392-4250

Attorneys for Plaintiff
UNIVERSAL PARAGON CORPORATION and
SUNQUEST PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Case No. CV-05-3100 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER**<br><br>Date:  November 24, 2008<br>Time:  1:30 P.M.<br><br>Proposed Date:  March 2, 2009<br>Time:  1:30 P.M. |
| AND RELATED COUNTERCLAIM | |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

WHEREAS, Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs"), contend that Defendant Ingersoll-Rand Corporation ("Ingersoll-Rand) assigned claims stemming from contamination allegedly caused by Defendant Union Pacific Railroad Company, ("Union Pacific"), as part of a recent settlement between Plaintiffs and Ingersoll-Rand;

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

52759\130194v1

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER (U.S.D.C. CASE NO.
CV-05-3100 TEH)

1 | WHEREAS, Plaintiffs also contend that they have potential claims against Union Pacific related to heavy metal contamination which is not currently part of the present action;

WHEREAS, the Parties appeared before this Court on July 21, 2008, for a Case Management Conference and indicated a mutual desire to explore a settlement of the potential claims;

WHEREAS, following the July 21, 2008 Case Management Conference, the Parties have engaged in discussions regarding the alleged claims; these discussions are ongoing and continuing;

WHEREAS, the Honorable Thelton E. Henderson indicated that if the parties had not completed their attempts to informally resolve this matter by the scheduled Case Management Conference on November 24, 2008, the Court would be willing to continue the Case Management Conference to allow the parties to complete their attempts at informal resolution;

WHEREAS, the Parties remain interested in moving forward with informal negotiations regarding a settlement of the matter, and believe a further continuance of the Case Management Conference is necessary for the parties to complete their attempt to resolve the matter.

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval as provided below, to continue the Case Management Conference approximately 90 days to March 2, 2009, at 1:30 p.m.

DATED: November 17, 2008

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

By: /s/ Perry S. Hughes
Perry S. Hughes, Attorney for
Plaintiffs UNIVERSAL PARAGON CORP. and
SUNQUEST PROPERTIES, INC.

SIGNATURE CONTINUED ON PAGE 3

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
52759\130194v1

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER(U.S.D.C. CASE NO.
CV-05-3100 TEH)

- 2 -

SIGNATURE CONTINUED FROM PAGE 2

DATED: November 17, 2008         BARG COFFIN LEWIS & TRAPP LLP

By: _____
John F. Barg, Attorney for Counter-Defendant
Union Pacific Railroad Company

IT IS SO ORDERED.

Dated:      November 20, 2008

_____
Honorable Thelton E. Henderson
United States District Judge

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

52759\130194v1

- 3 -

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER(U.S.D.C. CASE NO.
CV-05-3100 TEH)