STUART I. BLOCK (STATE BAR NO. 160688)
sblock@coxcastle.com
PERRY S. HUGHES (STATE BAR NO. 167784)
phughes@coxcastle.com
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA  94104-1513
Telephone:  (415) 392-4200, Facsimile:  (415) 392-4250

Attorneys for Plaintiff
UNIVERSAL PARAGON CORPORATION and
SUNQUEST PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV-05-3100 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:             March 2, 2009<br>Time:             1:30 P.M.<br><br>Proposed Date:   July 13, 2009<br>Time:             1:30 P.M. |

The parties, Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs") and Defendant Union Pacific Railroad Company, ("Union Pacific"), hereby stipulate, subject to the Court's approval as provided below, to a continuance of the Case Management Conference scheduled for March 2, 2009, so that they can continue in good faith to pursue settlement discussions. Such discussions include the exchange of information from environmental professionals,

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO    58477\1384538v2

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER (U.S.D.C. CASE NO.
CV-05-3100 TEH)

as well as the review of Plaintiffs' proposed Remedial Action Plan ("RAP"), which Plaintiffs contend will help to define the amount in Controversy. Plaintiffs do not expect that the RAP will be approved by the California Department of Toxic Substances Control until the end of April, 2009. Accordingly, the Parties stipulate to, and request that the Court, continue the Case Management Conference to July 13, 2009, at 1:30 p.m., or such other date and time thereafter that is convenient to the Court.

Respectfully submitted,

DATED: February 25, 2009

COX, CASTLE & NICHOLSON LLP

By: _____
Perry S. Hughes, Attorney for
Plaintiffs UNIVERSAL PARAGON CORP. and
SUNQUEST PROPERTIES, INC.

DATED: February 25, 2009

BARG COFFIN LEWIS & TRAPP LLP

By: _____
John F. Barg, Attorney for Counter-Defendant
Union Pacific Railroad Company

IT IS ORDERED that the Case Management Conference scheduled on March 2, 2009, is hereby continued to ___July 13___, 2009 at __1:30__ am/pm.

Dated: February 26, 2009

_____
Honorable Thelton E. Henderson
United States District Judge

*Judge Thelton E. Henderson*

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

58477\1384538v2

- 2 -

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER(U.S.D.C. CASE NO.
CV-05-3100 TEH)