```
 1  STUART I. BLOCK (STATE BAR NO. 160688)
    sblock@coxcastle.com
 2  PERRY S. HUGHES (STATE BAR NO. 167784)
    phughes@coxcastle.com
 3  COX, CASTLE & NICHOLSON LLP
    555 California Street, 10th Floor
 4  San Francisco, CA  94104-1513
    Telephone: (415) 392-4200, Facsimile: (415) 392-4250
 5
    Attorneys for Plaintiff
 6  UNIVERSAL PARAGON CORPORATION and
    SUNQUEST PROPERTIES, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV-05-3100 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:                     July 13, 2009<br>Time:                         1:30 P.M.<br><br>Proposed Date:    September 21, 2009<br>Time:                         1:30 P.M. |

The parties, Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs") and Third Party Defendant Union Pacific Railroad Company, ("Union Pacific"), hereby stipulate, subject to the Court's approval as provided below, to a continuance of the Case Management Conference scheduled for July 13, 2009, so that they can continue in good faith to pursue settlement discussions. To date, the parties have exchanged of information from

1   environmental professionals, including the Plaintiffs' proposed Remedial Action Plan ("RAP"), which
2   Plaintiffs contend helps to define the amount in Controversy. The Plaintiffs are still awaiting approval
3   of the RAP from the California Department of Toxic Substances Control. Additionally, settlement
4   discussions have been delayed as counsel for Union Pacific has been occupied in trial for over two
5   months, and expects to be in trial for at least another month. Accordingly, the Parties stipulate to, and
6   request that the Court, continue the Case Management Conference to September 21, 2009, at 1:30
7   p.m., or such other date and time thereafter that is convenient to the Court.

                                    Respectfully submitted,

DATED: June 25, 2009                COX, CASTLE & NICHOLSON LLP


                                    By: /s/ Perry S. Hughes
                                        Perry S. Hughes, Attorney for
                                        Plaintiffs UNIVERSAL PARAGON CORP. and
                                        SUNQUEST PROPERTIES, INC.

DATED: June 25, 2009                BARG COFFIN LEWIS & TRAPP LLP


                                    By: /s/ John F. Barg
                                        John F. Barg, Attorney for Counter-Defendant
                                        Union Pacific Railroad Company


IT IS ORDERED that the Case Management Conference scheduled on July 13, 2009, is hereby continued to _September 21_____, 2009 at __1:30___ ~~am~~/pm.

Dated:    July _8_, 2009                    _____
                                            Honorable Thelton E. Henderson
                                            United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]