1  STUART I. BLOCK (STATE BAR NO. 160688)
   sblock@coxcastle.com
2  PERRY S. HUGHES (STATE BAR NO. 167784)
   phughes@coxcastle.com
3  COX, CASTLE & NICHOLSON LLP
   555 California Street, 10th Floor
4  San Francisco, CA  94104-1513
   Telephone:  (415) 392-4200, Facsimile:  (415) 392-4250
5
   Attorneys for Plaintiff
6  UNIVERSAL PARAGON CORPORATION and
   SUNQUEST PROPERTIES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Case No. CV-05-3100 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:                September 21, 2009<br>Time:                           1:30 P.M.<br><br>Proposed Date:       December 14, 2009<br>Time:                           1:30 P.M. |
| AND RELATED COUNTERCLAIM | |

The parties, Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs") and Third Party Defendant Union Pacific Railroad Company, ("Union Pacific"), hereby stipulate, subject to the Court's approval as provided below, to a continuance of the Case Management Conference scheduled for September 21, 2009, so that they can continue in good faith to pursue settlement discussions. To date, the parties have exchanged of information from

environmental professionals, including the Plaintiffs' proposed Remedial Action Plan ("RAP"), which Plaintiffs contend helps to define the amount in Controversy. The Parties had continued the Case Management Conference so that Plaintiff could receive approval of the RAP from the California Department of Toxic Substances Control and so that counsel for Union Pacific could a complete a lengthy trial. The Parties have been unable to enter meaningful settlement negotiations as Plaintiff just received approval of the RAP on September 8, 2009, and counsel for Union Pacific is just now completing the fifth month of a lengthy trial. Accordingly, the Parties stipulate to, and request that the Court, continue the Case Management Conference to December 14, 2009, at 1:30 p.m., or such other date and time thereafter that is convenient to the Court so that they can resume settlement negotiations.

Respectfully submitted,

DATED: September 14, 2009            COX, CASTLE & NICHOLSON LLP


By: /s/ Perry S. Hughes
Perry S. Hughes, Attorney for
Plaintiffs UNIVERSAL PARAGON CORP. and
SUNQUEST PROPERTIES, INC.

DATED: September 14, 2009            BARG COFFIN LEWIS & TRAPP LLP


By: /s/ John F. Barg
John F. Barg, Attorney for Counter-Defendant
Union Pacific Railroad Company

IT IS ORDERED that the Case Management Conference scheduled on September 21, 2009, is hereby continued to _____12/14_____, 2009 at ___1:30___ am/pm.

Dated:      September 15, 2009
                                     _____
                                     Honorable Thelton E. Henderson
                                     United States District Judge

[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson, signed]

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER U.S.D.C. CASE NO.
CV-05-3100 TEH)

- 2 -