STUART I. BLOCK (STATE BAR NO. 160688)
sblock@coxcastle.com
PERRY S. HUGHES (STATE BAR NO. 167784)
phughes@coxcastle.com
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA  94104-1513
Telephone:  (415) 392-4200, Facsimile:  (415) 392-4250

Attorneys for Plaintiff
UNIVERSAL PARAGON CORPORATION and
SUNQUEST PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV-05-3100 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:                April 26, 2010<br>Time:                    1:30 P.M.<br><br>Proposed Date:     June 14, 2010<br>Time:                    1:30 P.M. |

The parties, Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs") and Third Party Defendant Union Pacific Railroad Company, ("Union Pacific"), hereby stipulate, subject to the Court's approval as provided below, to a continuance of the Case Management Conference scheduled for April 26, 2010, so that they can continue in good faith to pursue settlement discussions at mediation on May 13, 2010.  To date, the parties continue to

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER (U.S.D.C. CASE NO.
CV-05-3100 TEH)

exchange information from environmental professionals.  The Parties have scheduled a mediation for May 13, 2010, before the Honorable William L Bettinelli (Ret.).  Accordingly, the Parties stipulate to, and request that the Court, continue the Case Management Conference to June 14, 2010, at 1:30 p.m., or such other date and time thereafter that is convenient to the Court so that they can report the outcome of the mediation to the Court at the Case Management Conference.

Respectfully submitted,

DATED:  April 20, 2010          COX, CASTLE & NICHOLSON LLP


By:  /s/ Perry S. Hughes
Perry S. Hughes, Attorney for
Plaintiffs UNIVERSAL PARAGON CORP. and
SUNQUEST PROPERTIES, INC.

DATED:  April 20, 2010          BARG COFFIN LEWIS & TRAPP LLP


By:  /s/ John F. Barg
John F. Barg, Attorney for Counter-Defendant
Union Pacific Railroad Company

IT IS ORDERED that the Case Management Conference scheduled on April 26, 2010, is hereby continued to ____June 14_____, 2010 at 1:30 pm.
The parties shall file a joint case management conference statement on or before June 7, 2010.

Dated:        April 20, 2010          _____
Honorable Thelton E. Henderson
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER(U.S.D.C. CASE NO.
- 2 -                               CV-05-3100 TEH)