STUART I. BLOCK (STATE BAR NO. 160688)
sblock@coxcastle.com
PERRY S. HUGHES (STATE BAR NO. 167784)
phughes@coxcastle.com
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA  94104-1513
Telephone:  (415) 392-4200, Facsimile:  (415) 392-4250

Attorneys for Plaintiff
UNIVERSAL PARAGON CORPORATION and
SUNQUEST PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, a Delaware corporation; and SUNQUEST PROPERTIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY LIMITED, a Bermuda corporation; INGERSOLL-RAND CORPORATION, a New Jersey corporation; SCHLAGE LOCK COMPANY, a California corporation; and TOUCH-PLATE INTERNATIONAL, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV-05-3100 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER**<br><br>Date:       June 14, 2010<br>Time:      1:30 P.M.<br><br>Proposed Date:  September 13, 2010<br>Time:                   1:30 P.M. |

    The parties, Plaintiffs Universal Paragon Corporation and Sunquest Properties, Inc. (collectively "Plaintiffs") and Third Party Defendant Union Pacific Railroad Company, ("Union Pacific"), hereby stipulate, subject to the Court's approval as provided below, to a continuance of the Case Management Conference scheduled for June 14, 2010, so that they can continue in good faith to pursue settlement discussions. On May 13, 2010, the parties had a full day of mediation before the Honorable William L Bettinelli (Ret.). Though the parties were unable to reach a settlement, through

1  Judge Bettinelli they were able to share their respective positions on the facts and law relevant to
2  Plaintiffs' claims.  The parties agreed that a further exchange of information was needed to continue
3  with settlement discussions.  Plaintiffs are in the process of preparing a brief to Union Pacific to
4  expand on positions expressed during the mediation.  Both parties feel that an additional ninety (90)
5  day continuance of the Case Management Conference would be beneficial to allow the parties to
6  continue their settlement discussions.  Accordingly, the Parties stipulate to, and request that the Court,
7  continue the Case Management Conference to September 13, 2010, at 1:30 p.m., or such other date
8  and time thereafter that is convenient to the Court so that they can continue to work towards a
9  potential settlement.

                                            Respectfully submitted,

DATED:  June 9, 2010                        COX, CASTLE & NICHOLSON LLP


                                            By:  /s/ Perry S. Hughes
                                                Perry S. Hughes, Attorney for
                                                Plaintiffs UNIVERSAL PARAGON CORP. and
                                                SUNQUEST PROPERTIES, INC.

DATED:  June 9, 2010                        BARG COFFIN LEWIS & TRAPP LLP


                                            By:  /s/ John F. Barg
                                                John F. Barg, Attorney for Counter-Defendant
                                                Union Pacific Railroad Company


IT IS ORDERED that the Case Management Conference scheduled on June 14, 2010, is hereby continued to ___September 20_____, 2010 at 1:30 pm. No further CMC continuances shall be granted.

Dated:         June 10, 2010                _____
                                            Honorable Thelton E. Henderson
                                            United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER(U.S.D.C. CASE NO.
CV-05-3100 TEH)
- 2 -